KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Ste. 100
Las Vegas, Nevada 89144
(702) 949-9990
kristine@kuzemkalaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID PEREZ-MANCHAME,<br><br>  Defendant. | Case No. 2:18-mj-00361-VCF-3<br><br>**MOTION FOR PERMISSION FOR INVESTIGATOR, MAYBETH ANDRADE, TO ENTER CORECIVIC FOR CASE WORK** |

Defendant DAVID PEREZ-MANCHAME through his attorney of record, KRISTINE M. KUZEMKA, ESQ., of Kuzemka Law Group, hereby requests an Order directing Corecivic to allow Investigator MAYBETH ANDRADE to enter Nevada Southern Detention Center, 2190 E. Mesquite Avenue, Pahrump, Nevada 89060 for the purpose of case work, to include interpreting for defendant, reviewing and interpreting discovery and correspondence in this matter.

DATED this __5th__ day of June, 2018.

BY  /s//*Kristine M. Kuzemka*
KRISTINE M. KUZEMKA, ESQ.
Nevada Bar #8836
Kuzemka Law Group
1180 N. Town Center Drive, Ste. 100
Las Vegas, Nevada 89144
(702) 949-9990
Attorney for Defendant

**IT IS HEREBY ORDERED** that Corecivic allow Investigator MAYBETH ANDRADE to enter Nevada Southern Detention Center, 2190 E. Mesquite Avenue, Pahrump, Nevada 89060 for the purpose of case work in this matter until the conclusion of the case, shall be, and it is Granted.

DATED this 12th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE